FILED

JUL 10 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Jessie Armando SMITH,<br><br>　　　　　　　Defendant. | Case No.: 20MJ0436<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about July 8, 2020, within the Southern District of California, defendant, Jessie Armando SMITH, did knowingly and intentionally import 500 grams and more, to wit: approximately 4.3 kilograms (9.47 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960, a felony.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Special Agent David Carlson*
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 10th day of July, 2020.

HON. RUTH BERMUDEZ MONTENEGRO
U. S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jessie Armando SMITH

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to United States Homeland Security Investigations Special Agent David Carlson.

On July 8, 2020 at approximately 1:00 a.m., Jessie Armando SMITH (SMITH), a United States Citizen, applied for entry into the United States at the Calexico, California West Port of Entry via the pedestrian primary lanes.

The primary inspector Customs and Border Protection Officer (CBPO) E. Weisskopf took a negative customs declaration from SMITH. SMITH told CBPO E. Weisskopf he was headed to Calexico, California. While speaking with SMITH, CBPO E. Weisskopf noticed SMITH's hands were shaky, and upon further questioning, SMITH began to stutter. CBPO Weisskopf conducted a pat-down search of SMITH and discovered several packages wrapped in duct tape strapped around SMITH's legs.

A Canine Enforcement Officer (CEO) and his Human Narcotic Detection Dog (HNDD) conducted a screening of SMITH. The HNDD positively alerted to SMITH's legs for the presence of narcotics. CBPO J. Becerra used the GEMINI device to test the substance contained within the duct taped packages, and the substance tested positive for methamphetamine and the total weight of the packages was 4.3 kilograms (9.47 pounds).

SMITH was advised of his Miranda Rights and stated he understood his rights and agreed to answer questions without the presence of an attorney. During a Post-Miranda interview of SMITH, he stated the following, in summary: SMITH stated he was out of work and was desperate for cash, so one of his friends put him in contact with a subject who resides in Mexicali, Mexico and is about 30 years old. The subject offered SMITH a job smuggling narcotics about a month ago. SMITH stated this was his second trip smuggling narcotics into the United States for the subject. SMITH made the first trip about a month ago, where he was paid $250 USD to smuggle narcotics into the U.S. After successfully making the first trip, the subject asked SMITH to make subsequent trips, but SMITH stated he refused. SMITH stated the subject "roughed him up" on several occasions since then and threatened to hurt SMITH's girlfriend if he didn't make another trip.

Prior to crossing into the United States on July 8, 2020, SMITH stated he agreed to make a second trip for the male subject after the male subject roughed him up again. SMITH stated he figured he was going to be paid $250 USD for smuggling the narcotics into the United States, which was the same amount he was paid for the first trip. SMITH stated the male subject drove him to an unknown ranch in Mexicali, Mexico, where the narcotics were strapped to SMITH's legs. The male subject then drove SMITH to his residence so SMITH could pick up his backpack, and then dropped SMITH off at the border. SMITH stated an unknown subject would be waiting for him in Calexico, California to retrieve the narcotics once SMITH crossed the border.

SMITH admitted he knew it was illegal to smuggle narcotics across the border into the United States and said he knew it was his fault. SMITH further stated he should have notified law enforcement about his situation.

SMITH was charged with violation of Title 21, United States Code sections 952 and 960 for Importation of a Controlled Substance and issued a Notice to Appear dated July 28, 2020 at 8:00 a.m.